**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES COCHRAN, ADC #122317**                                        **PLAINTIFF**

**v.**                          **CASE NO. 5:12CV00063 BSM/JTR**

**RODERICK E. JOHNSON, Lieutenant;
RAYMOND GRIFFITH, Sergeant,
Arkansas Department of Correction**                           **DEFENDANTS**

**ORDER**

The proposed findings and recommended partial disposition [Doc. No. 28] submitted

by United States Magistrate Judge J. Thomas Ray have been reviewed. No objections were

filed. After carefully considering this document and making a *de novo* review of the record,

it is concluded that the proposed findings and recommended partial disposition should be,

and hereby are, approved and adopted in their entirety in all respects.

It is therefore ordered that plaintiff's motion for default judgment [Doc. No. 21] is

denied. It is further certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis*

appeal from this order would not be taken in good faith.

Dated this 20th day of June 2012.

_____
UNITED STATES DISTRICT JUDGE